# Court of Appeals
# of the State of Georgia

ATLANTA, __May 18, 2021__

*The Court of Appeals hereby passes the following order:*

## A21A1419. LU HUANG v. JOHN CIRILLO.

John Cirillo and Lu Huang were involved in a long term relationship that produced a child. After the relationship ended, Cirillo petitioned for legitimation, custody, and the equitable division of property. The trial court granted Cirillo custody. The trial court also ordered that the family residence be sold and that a portion of Huang's proceeds be used to satisfy her child support obligation.[1] Huang failed to vacate the residence, and Cirillo filed a contempt action. The trial court found Huang in contempt and ordered her to pay $6,826.75 in attorney fees under OCGA § 9-15-14 (b). Huang then filed this direct appeal.[2] We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (2), appeals in "domestic relations cases" must be brought by application for discretionary appeal. Here, the underlying action involved a legitimation proceeding, which is a type of domestic relations case. See *Brown v. Williams*, 174 Ga. App. 604, 605 (332 SE2d 48) (1985). And the underlying subject matter dictates the appropriate appellate procedure. See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005).

Likewise, an application for discretionary appeal is required to appeal the award of attorney fees under OCGA § 9-15-14. See OCGA § 5-6-35 (a) (1).

---

[1] Huang appealed this ruling, and we affirmed in an unpublished opinion. See *Huang v. Cirillo*, Case No. A20A1112, decided July 29, 2020.

[2] Huang appealed to the Supreme Court, which transferred the matter to this Court. See Case No. S21A0836.

"Compliance with the discretionary appeals procedure is jurisdictional." *Booker v. Georgia Dept. of Human Res.*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (punctuation omitted). Accordingly, Huang's failure to file an application for discretionary appeal deprives us of jurisdiction over this appeal, which is hereby DISMISSED. Id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   05/18/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*